IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROBIN A. HEATHERINGTON, *Plaintiff,* | CIVIL NO. 3:08cv00051 |
| v. | ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *Defendant* | JUDGE NORMAN K. MOON |

On April 23, 2009, I referred this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment [docket no.s 9 and 12] and on July 9, 2009, the Magistrate Judge filed a Report and Recommendation ("Report") [docket no. 15]. In the Report, Judge Crigler recommended that this case be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. After a review of the entire record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the July 9, 2009 Report shall be, and it hereby is, ADOPTED in its entirety;

2. this case is hereby REMANDED to the Commissioner for further proceedings consistent with the direction given in the Report.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

ENTER: This 28th day of July, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE